IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2025 SEP 16 PM 4:25

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAYLEE MICHELLE UNDERWOOD,<br><br>Defendant. | No. 25-CR-135-R<br><br>18 U.S.C. §111(a)(1)<br>(Assaulting a Federal Officer or Employee) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about June 18, 2025, in the District of Wyoming, the Defendant, **SHAYLEE MICHELLE UNDERWOOD**, did knowingly, intentionally, and forcibly assault, resist, oppose, impede, intimidate, and interfere with Bureau of Indian Affairs Corrections Officer Robert Gooch, a person named in 18 U.S.C. § 1114, while Officer Gooch was engaged in and on account of the performance of his official duties, and said conduct involved physical contact with Officer Gooch, that is, spitting on Officer Gooch.

In violation of 18 U.S.C. §111(a)(1).

A TRUE BILL:

*INK SIGNATURE ON FILE*
FOREPERSON

DARIN D. SMITH
United States Attorney

# PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | SHAYLEE UNDERWOOD |
| **DATE:** | September 16, 2025 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | 18 U.S.C. §111(a)(1) (Assault a Federal Officer or Employee)<br><br>0-8 Years Imprisonment<br>Up To $250,000 Fine<br>Up To 3 Years Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Dartagnan Deeds, BIA |
| **AUSA:** | Michael J. Elmore, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |